IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>**Edwin Erasmo Leiva**,<br>Debtor | Chapter 13<br><br>CASE NO: 1:25-bk-01565-HWV |

## MOTION FOR EXTENSION OF TIME

**AND NOW**, the Debtor, by and through his attorney, Dawn Cutaia, files this Motion for Extension of Time to file Schedules and Documents and in support thereof states the following:

1. Debtor filed an emergency Chapter 13 bankruptcy petition on June 1, 2025 to stop a sheriff sale of his home.

2. Debtor's paperwork is due June 15, 2025.

3. Debtor completed his questionnaire and provided his documents to Counsel but Debtor and Counsel now need time to review everything.

**WHEREFORE**, Debtor respectfully requests this Honorable Court grant him an extension until July 15, 2025, to file his remaining documents.

Date: June 14, 2025

Respectfully Submitted:

/s/ Dawn M. Cutaia

Attorney for Debtors
Supreme Court ID: 77965
1701 W. Market Street
York PA 17404
717-304-1841
dmcutaia@gmail.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: | Chapter 13
**Edwin Erasmo Leiva**, |
   Debtor | CASE NO: 1:25-bk-01565-HWV

**ORDER**

Upon consideration of the Debtor's Motion to Extend Time, said Motion is hereby **GRANTED** and the Debtor is given until July 15, 2025, to file his remaining documents.