IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>**Edwin Erasmo Leiva**,<br>　Debtor | Chapter 13<br><br>CASE NO: 1:25-bk-01565-HWV |

**MOTION FOR EXTENSION OF TIME**

**AND NOW**, the Debtor, by and through his attorney, Dawn Cutaia, files this Motion for Extension of Time to file Schedules and Documents and in support thereof states the following:

1. Debtor filed an emergency Chapter 13 bankruptcy petition on June 1, 2025 to stop a sheriff sale of his home.

2. Debtor filed a motion to extend time to file his paperwork, which was granted.

3. Debtor's paperwork is now due today, June 16, 2025.

4. Debtor and Counsel met and reviewed his paperwork, but Counsel needs to finish Debtor's plan and then send everything to him to sign and review one more time.

**WHEREFORE**, Debtor respectfully requests this Honorable Court grant him an extension until July 31, 2025, to file his remaining documents.

Date: July 16, 2025

Respectfully Submitted:

/s/ Dawn M. Cutaia

Attorney for Debtors
Supreme Court ID: 77965
1701 W. Market Street
York PA 17404
717-304-1841
dmcutaia@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: | Chapter 13
**Edwin Erasmo Leiva**,
   Debtor | CASE NO: 1:25-bk-01565-HWV

**ORDER**

Upon consideration of the Debtor's Motion to Extend Time, said Motion is hereby **GRANTED** and the Debtor is given until July 31, 2025, to file his remaining documents.