United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                 Case No. 25-01565-HWV

Edwin Erasmo Leiva                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                                 User: AutoDocke                                 Page 1 of 3

Date Rcvd: Aug 06, 2025                       Form ID: ntnew341                             Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol     Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##           Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edwin Erasmo Leiva, 350 Canary Cir, York, PA 17404-5747 |
| 5720810 | + | West Manchester Township, 380 E. Berlin Rd,, York, PA 17408-8700 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5716370 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 06 2025 18:50:29 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5716371 | | Email/Text: dataentry@cby.com | Aug 06 2025 18:41:00 | Credit Bureau of York, 334 Carlisle Avenue, York, PA 17404 |
| 5716369 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 06 2025 18:41:00 | Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 5716372 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 06 2025 18:50:26 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5716373 | + | Email/Text: bankruptcy.notices@hdfsi.com | Aug 06 2025 18:41:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 5728804 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Aug 06 2025 18:40:00 | Harley-Davidson Credit Corp, PO Box 9013, Addison, Texas 75001-9013 |
| 5716374 | + | Email/Text: Bankruptcy@ICSystem.com | Aug 06 2025 18:41:00 | IC Systems, Inc, Attn: Bankruptcy, 444 Hwy 96 East, St. Paul, MN 55127-2557 |
| 5716367 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 06 2025 18:41:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5729168 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 06 2025 18:41:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5716375 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 06 2025 18:39:44 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5717133 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 06 2025 18:50:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5716376 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 06 2025 18:40:20 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5719807 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 06 2025 18:40:19 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5716377 | + | Email/Text: bankruptcy@matcotools.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 06 2025 18:41:00 | Matco Tools, Attn: Bankruptcy, 4403 Allen Rd, Stow, OH 44224-1096 |
| 5716378 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 06 2025 18:50:25 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5729959 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 06 2025 18:41:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5716379 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 06 2025 18:41:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5716380 | + | Email/PDF: cbp@omf.com | Aug 06 2025 18:50:26 | OneMain Financial, Attn: Bankruptcy, Po Box 142, Evansville, IN 47701-0142 |
| 5723852 | + | Email/PDF: cbp@omf.com | Aug 06 2025 18:40:20 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5721001 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 06 2025 18:50:26 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5716382 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 06 2025 18:50:29 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5725007 | + | Email/Text: bankruptcynotices@psecu.com | Aug 06 2025 18:41:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5716381 | + | Email/PDF: ebnotices@pnmac.com | Aug 06 2025 18:50:30 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5728120 | + | Email/PDF: ebnotices@pnmac.com | Aug 06 2025 18:50:27 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5719231 | | Email/Text: legalservices12@snaponcredit.com | Aug 06 2025 18:41:00 | Snap-on Credit LLC, 950 Technology Way, Suite 301, Libertyville, IL 60048 |
| 5716383 | ^ | MEBN | Aug 06 2025 18:36:54 | Snap-on Credit, Attn: Bankruptcy, 2801 80th Street, Kenosha, WI 53143-5656 |
| 5717850 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 06 2025 18:50:33 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 5721946 | + | Email/Text: bankruptcynotification@wellspan.org | Aug 06 2025 18:41:00 | Wellspan Health, P O Box 15119, York, PA 17405-7119 |
| 5716368 | + | Email/Text: kcm@yatb.com | Aug 06 2025 18:40:00 | York Adams Tax Bureau, PO BOX 15627, York, PA 17405-0156 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5717134 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5716384 | ##+ | Yk Cr Bureau, 33 S Duke St, York, PA 17401-1401 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 08, 2025　　　　Signature:　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dawn Marie Cutaia | on behalf of Debtor 1 Edwin Erasmo Leiva dmcutaia@gmail.com cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com,julie.yorkparalegal@gmail.com;r46159@notify.bestcase.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |
| In re: |
| Edwin Erasmo Leiva,          Chapter    13 |
| **Debtor 1** |
| Case No.    1:25−bk−01565−HWV |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885 | Date: September 25, 2025 |
|---|---|
| For additional meeting information go to https://www.justice.gov/ust/moc | Time: 12:00 PM |

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| Sylvia H. Rambo US Courthouse | Seth F. Eisenberg |
| 1501 N. 6th Street | Clerk of the Bankruptcy Court: |
| Harrisburg, PA 17102 | By: PatriciaRatchford, Deputy Clerk |
| (717) 901−2800 | |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 6, 2025 |

ntnew341 (09/23)

Case 1:25-bk-01565-HWV    Doc 16    Filed 08/08/25    Entered 08/09/25 00:27:44    Desc
Imaged Certificate of Notice    Page 4 of 4