UNITED STATES BANKRUPTCY COURT
Middle District of Pennsylvania

**In Re: Edwin Leiva**  **Case No: 25-01565**
**Debtor**  **Chapter: 13**

## WITHDRAWAL PLEADING

Please withdraw claim number 6 filed by Snap-on Credit LLC with regards to the above referenced bankruptcy. The account had been paid in full voluntarily.

Dated: September 29, 2025

/s/Kylie Cunningham
Kylie Cunningham– Paralegal Snap-on Credit LLC

Snap-on Credit LLC
950 Technology Way, Ste. 301
Libertyville, IL 60048
1-877-777-8455 ext. 2237