IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>EDWIN ERASMO LEIVA,<br>　Debtor<br><br>PENNYMAC LOAN SERVICES, LLC,<br>　Movant,<br><br>v.<br><br>EDWIN ERASMO LEIVA,<br>　Respondent<br><br>JACK N ZAHAROPOULOS, Trustee | Chapter 13<br><br>CASE NO 1:25-bk-01565-HWV |

**ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

AND NOW, comes the above-captioned Debtor, Edwin Erasmo Leiva, by and through his attorney, Dawn Cutaia, who files this Answer:

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. Admitted.
8. Denied. Debtor does not know what the payoff is.
9. Denied. Debtor can cure the arrears in an amended plan.
10. Denied.
11. Denied.

WHEREFORE, Debtor respectfully requests this Honorable Court deny the Motion for Relief from Stay and allow Debtor to cure the arrears through an amended plan.

Respectfully Submitted

/s/ Dawn Marie Cutaia
Attorney for Debtors
Supreme Court ID: 77965
Fresh Start Law, PLLC
1701 W. Market Street
York PA 17404
717-304-1841
dmcutaia@gmail.com
