United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                Case No. 25-01565-HWV

Edwin Erasmo Leiva                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                            User: AutoDocke                                                 Page 1 of 3

Date Rcvd: Oct 24, 2025                   Form ID: ntcnfhrg                                        Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edwin Erasmo Leiva, 350 Canary Cir, York, PA 17404-5747 |
| 5720810 | + | West Manchester Township, 380 E. Berlin Rd,, York, PA 17408-8700 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5716370 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 24 2025 18:49:07 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5716371 | | Email/Text: dataentry@cby.com | Oct 24 2025 18:41:00 | Credit Bureau of York, 334 Carlisle Avenue, York, PA 17404 |
| 5716369 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 24 2025 18:41:00 | Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 5716372 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 24 2025 18:49:51 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5716373 | + | Email/Text: bankruptcy.notices@hdfsi.com | Oct 24 2025 18:41:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 5728804 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Oct 24 2025 18:41:00 | Harley-Davidson Credit Corp, PO Box 9013, Addison, Texas 75001-9013 |
| 5716374 | + | Email/Text: Bankruptcy@ICSystem.com | Oct 24 2025 18:41:00 | IC Systems, Inc, Attn: Bankruptcy, 444 Hwy 96 East, St. Paul, MN 55127-2557 |
| 5716367 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 24 2025 18:41:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5729168 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 24 2025 18:41:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5716375 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 24 2025 18:49:06 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5717133 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 24 2025 18:49:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5716376 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 24 2025 18:49:30 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5719807 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 24 2025 18:49:48 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5716377 | + | Email/Text: bankruptcy@matcotools.com | Oct 24 2025 18:41:00 | Matco Tools, Attn: Bankruptcy, 4403 Allen Rd, Stow, OH 44224-1096 |
| 5716378 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 24 2025 18:49:09 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5729959 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 24 2025 18:41:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5716379 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 24 2025 18:41:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5749449 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Oct 24 2025 18:40:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 5716380 | + | Email/PDF: cbp@omf.com | Oct 24 2025 18:49:24 | OneMain Financial, Attn: Bankruptcy, Po Box 142, Evansville, IN 47701-0142 |
| 5723852 | + | Email/PDF: cbp@omf.com | Oct 24 2025 18:49:56 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5721001 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 24 2025 19:00:21 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5716382 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 24 2025 18:49:48 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5725007 | + | Email/Text: bankruptcynotices@psecu.com | Oct 24 2025 18:41:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5738382 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 24 2025 18:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5716381 | + | Email/PDF: ebnotices@pnmac.com | Oct 24 2025 18:49:07 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5728120 | + | Email/PDF: ebnotices@pnmac.com | Oct 24 2025 18:49:12 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5719231 | | Email/Text: legalservices12@snaponcredit.com | Oct 24 2025 18:41:00 | Snap-on Credit LLC, 950 Technology Way, Suite 301, Libertyville, IL 60048 |
| 5716383 | ^ | MEBN | Oct 24 2025 18:40:13 | Snap-on Credit, Attn: Bankruptcy, 2801 80th Street, Kenosha, WI 53143-5656 |
| 5717850 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 24 2025 18:49:03 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 5721946 | + | Email/Text: bankruptcynotification@wellspan.org | Oct 24 2025 18:41:00 | Wellspan Health, P O Box 15119, York, PA 17405-7119 |
| 5716368 | + | Email/Text: kcm@yatb.com | Oct 24 2025 18:40:00 | York Adams Tax Bureau, PO BOX 15627, York, PA 17405-0156 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | SNAP ON CREDIT, 950 TECHNOLOGY WAY, SUITE 301, LIBERTYVILLE IL 60048-5339, address filed with court:, Snap-on Credit LLC, 950 Technology Way, Suite 301, Libertyville, IL 60048 |
| 5717134 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5716384 | ##+ | Yk Cr Bureau, 33 S Duke St, York, PA 17401-1401 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2025         Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dawn Marie Cutaia | on behalf of Debtor 1 Edwin Erasmo Leiva dmcutaia@gmail.com cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com,julie.yorkparalegal@gmail.com;r46159@notify.bestcase.com |
| J Eric Kishbaugh | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC jkishbaugh@udren.com, vbarber@udren.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |
| In re: |
| Edwin Erasmo Leiva,      Chapter    13 <br> **Debtor 1** <br> Case No.    1:25−bk−01565−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**November 26, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court <br> Sylvia H. Rambo US Courthouse, <br> Bankruptcy Courtroom 4B, 1501 <br> N. 6th St, Harrisburg, PA 17102 | Date: December 3, 2025 <br><br> Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> Sylvia H. Rambo US Courthouse <br> 1501 N. 6th Street <br> Harrisburg, PA 17102 <br> (717) 901−2800 | **For the Court:** <br> Seth F. Eisenberg <br> Clerk of the Bankruptcy Court: <br> By: ChristinaEdris, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 24, 2025 |

ntcnfhrg (08/21)