IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>EDWIN ERASMO LEIVA,<br>    Debtor<br><br>HARLEY-DAVIDSON CREDIT CORP,<br>    Movant,<br><br>v.<br><br>EDWIN ERASMO LEIVA, and ERASMO LEIVA<br>(non-filing co-debtor)<br>    Respondents<br><br>JACK N ZAHAROPOULOS, Trustee | Chapter 13<br><br>CASE NO 1:25-bk-01565-HWV |

## **ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

AND NOW, comes the above-captioned Debtor, Edwin Erasmo Leiva, by and through his attorney, Dawn Cutaia, who files this Answer:

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. The documents speak for themselves and therefore this allegation is denied and strict proof demanded at trial.
7. The documents speak for themselves and therefore this allegation is denied and strict proof demanded at trial.
8. The documents speak for themselves and therefore this allegation is denied and strict proof demanded at trial.

9. Admitted for the purposes of this action only.
10. Admitted for the purposes of this action only.
11. The documents speak for themselves and therefore this allegation is denied and strict proof demanded at trial.
12. This is a statement of law and no response is required.
13. Denied.  The vehicle is almost paid off.  Movant is adequately protected and repossession at this point is premature.  Debtor can cure the arrears.
14. Denied.

WHEREFORE, Debtor respectfully requests this Honorable Court deny the Motion for Relief from Stay and allow Debtor to cure the arrears through an amended plan.

Respectfully Submitted

/s/ Dawn Marie Cutaia
Attorney for Debtors
Supreme Court ID: 77965
Fresh Start Law, PLLC
1701 W. Market Street
York PA 17404
717-304-1841
dmcutaia@gmail.com