IN RE:                                          :
EDWIN ERASMO LEIVA                              :
            Debtor                              :     CHAPTER 13
                                                :
    JACK N. ZAHAROPOULOS                        :
    STANDING CHAPTER 13 TRUSTEE                 :
            Movant                              :     CASE NO.  1-25-BK-01565-HWV
                                                :
                                                :
            Respondent                          :
EDWIN ERASMO LEIVA

### TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

AND NOW, this 2nd day of March 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1.      The Trustee avers that the plan is not feasible based upon the following:

   a.  Insufficient Monthly Net Income as indicated on Schedules I and J.

2.      Debtor has not provided Trustee with information needed in order for Trustee to comply with § 1302(b)(6).

WHEREFORE, Trustee alleges and avers that Debtor(s)' Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

   a.  Deny confirmation of Debtor(s)' Plan.
   b.  Dismiss or convert Debtor(s)' case.
   c.  Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY:  /s/ Douglas R. Roeder
     Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this 2nd day of March 2026, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:


DAWN MARIE CUTAIA, ESQUIRE
FRESH START LAW, PLLC
1701 WEST MARKET STREET
YORK, PA 17404-


/s/Ashley Schott
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee

2