| In re: | Case No. 25-01565-HWV |
|---|---|
| Edwin Erasmo Leiva | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 31, 2026 | Form ID: pdf010 | Total Noticed: 0 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | ##+ | Erasmo Leiva, 50 S Highland Ave 303, York, Pa 17404-5573 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2026         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dawn Marie Cutaia | |
| | on behalf of Debtor 1 Edwin Erasmo Leiva dmcutaia@gmail.com cutaialawecf@gmail.com,R46159@notify.bestcase.com,kelley.freshstartlaw@gmail.com;r46159@notify.bestcase.com |
| J Eric Kishbaugh | |
| | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC jkishbaugh@udren.com, vbarber@udren.com |
| Jack N Zaharopoulos | |
| | ecf_pahu_alt@trustee13.com |
| Keri P Ebeck | |
| | on behalf of Creditor Harley-Davidson Credit Corp kebeck@metzlewis.com btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |

Matthew K. Fissel

on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Milos Gvozdenovic

on behalf of Creditor OneMain General Services Corporation mgvozdenovic@weltman.com  pitecf@weltman.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In Re: | Bankruptcy No. 1:25-bk-01565-HWV |
|---|---|
| EDWIN ERASMO LEIVA<br>        Debtor, | Chapter 13 |
| HARLEY-DAVIDSON CREDIT CORP.<br>        Movant, | |
| v. | |
| EDWIN ERASMO LEIVA and<br>JACK N ZAHAROPOULOS, Trustee,<br>        Respondents. | |

## ORDER

Upon consideration of the Motion for Relief from the Automatic Stay filed by Harley-Davidson Credit

Corp., Doc. 45, and it appearing that the parties have resolved this matter via Stipulation, Doc. 56, it is

**ORDERED** that the Stipulation is approved.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: March 31, 2026