# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:    EDWIN ERASMO LEIVA

                              Debtor(s)

JACK N. ZAHAROPOULOS                    CHAPTER 13
CHAPTER 13 TRUSTEE
                    Movant
vs.
EDWIN ERASMO LEIVA

                                        CASE NO: 1-25-01565-HWV

                    Respondent(s)


### TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on May 6, 2026, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Respectfully submitted,

/s/  Douglas R. Roeder, Esquire
ID:  80016
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone:  (717) 566-6097
email:  droeder@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:   EDWIN ERASMO LEIVA

                         Debtor(s)

JACK N. ZAHAROPOULOS                          CHAPTER 13
CHAPTER 13 TRUSTEE
                         Movant
vs.
EDWIN ERASMO LEIVA

                                              CASE NO: 1-25-01565-HWV
                         Respondent(s)


## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion.  Any matters not resolved shall be heard at the dismissal hearing.

Sylvia H. Rambo United States Courthouse          Date:   June 10, 2026
Bankruptcy Courtroom 4B, 4th Floor                Time:   09:35 AM
1501 North 6th Street
Harrisburg, PA 17102

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.  You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
    **AMOUNT DELINQUENT AS OF LAST MONTH: $ 4188.30**
    **AMOUNT DUE FOR THIS MONTH:  $2094.15**
    **TOTAL AMOUNT DUE BEFORE HEARING DATE:  $6282.45**

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM.  NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service.  Doing so will delay processing of your payment and **may result in dismissal of your case.**

    **If submitting payment by U.S. First Class Mail** mail to**:**
        **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

    If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated: May 6, 2026

Respectfully submitted,

<u>/s/ Douglas R. Roeder, Esquire</u>
ID: 80016
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

In Re:    EDWIN ERASMO LEIVA

                                    Debtor(s)

JACK N. ZAHAROPOULOS                      CHAPTER 13
CHAPTER 13 TRUSTEE
                         Movant
vs.
EDWIN ERASMO LEIVA

                                          CASE NO: 1-25-01565-HWV

                         Respondent(s)


## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 6, 2026, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically

DAWN MARIE CUTAIA, ESQUIRE
FRESH START LAW, PLLC
1701 WEST MARKET STREET
YORK PA  17404-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
PO BOX 302
HARRISBURG PA  17102

Served by First Class Mail

EDWIN ERASMO LEIVA
350 Canary Cir
York  PA   17404

I certify under penalty of perjury that the foregoing is true and correct.

Date:  May 6, 2026                    /s/  Ashley Schott
                                      Office of the Standing Chapter 13 Trustee
                                      Jack N. Zaharopoulos
                                      Suite A, 8125 Adams Dr.
                                      Hummelstown, PA  17036
                                      Phone:  (717) 566-6097
                                      email: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   EDWIN ERASMO LEIVA                    CHAPTER 13

                Debtor(s)

        JACK N. ZAHAROPOULOS
        CHAPTER 13 TRUSTEE
                Movant                         CASE NO: 1-25-01565-HWV

        vs.
        EDWIN ERASMO LEIVA


### ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.  The Court retains jurisdiction to rule on any timely filed fee application.