# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
EDWIN ERASMO LEIVA, :
    Debtor : CASE NO.  1:25-BK-01565-HWV
     :
JACK N. ZAHAROPOULOS :
CHAPTER 13 TRUSTEE :
    Movant :
     :
    vs :
     :
EDWIN ERASMO LEIVA, :
    Respondent :

## CERTIFICATE OF DEFAULT

AND NOW, on May 21, 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee

for the Middle District of Pennsylvania, by and through his Attorney, Douglas R. Roeder, Esquire,

and certifies that on April 15, 2026 the Court issued an Order directing Debtor to file an amended

plan in thirty (30) days. As of May 21, 2026, an amended plan has not been filed.

WHEREFORE, the Trustee respectfully requests this Honorable Court dismiss the case.

Dated: May 21, 2026,

Respectfully submitted,

/s/ Douglas R Roeder, Esquire
Id: 80016
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: 717-566-6097
email: droeder@pamd13trustee.com

## <u>CERTIFICATE OF SERVICE</u>

AND NOW, on May 21, 2026, I, Ashley Schott, from the office of Jack N. Zaharopoulos, III, Trustee, hereby certify that I have served the above Certificate of Default by depositing a true and correct copy of same in the United States Mail, postage prepaid, first class, addressed to the following unless electronically notified:

<u>Served Electronically</u>
DAWN MARIE CUTAIA, ESQUIRE
FRESH START LAW, PLLC
1701 WEST MARKET STREET
YORK, PA 17404-

OFFICE OF THE UNITED STATES TRUSTEE
5501 NORTH 6TH STREET
BOX 302
HARRISBURG PA 17102

<u>Served by 1st Class Mail</u>

EDWIN ERASMO LEIVA
350 Canary Cir
York, PA 17404

<u>/s/Ashley Schott</u>
Ashley Schott,
For Jack N. Zaharopoulos
Standing Chapter 13 Trustee