In re:                                                          Case No. 25-01565-HWV

Edwin Erasmo Leiva                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                     User: AutoDocke                          Page 1 of 3

Date Rcvd: May 22, 2026                  Form ID: pdf010                          Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edwin Erasmo Leiva, 350 Canary Cir, York, PA 17404-5747 |
| cr | + | Harley-Davidson Credit Corp, C/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, PA 15219 UNITED STATES 15219-4430 |
| 5720810 | + | West Manchester Township, 380 E. Berlin Rd,, York, PA 17408-8700 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5716370 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 22 2026 19:08:27 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5716371 | | Email/Text: dataentry@cby.com | May 22 2026 19:04:00 | Credit Bureau of York, 334 Carlisle Avenue, York, PA 17404 |
| 5716369 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 22 2026 19:04:00 | Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 5716372 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 22 2026 19:08:16 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5716373 | + | Email/Text: bankruptcy.notices@hdfsi.com | May 22 2026 19:04:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 5728804 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | May 22 2026 19:04:00 | Harley-Davidson Credit Corp, PO Box 9013, Addison, Texas 75001-9013 |
| 5716374 | + | Email/Text: Bankruptcy@ICSystem.com | May 22 2026 19:04:00 | IC Systems, Inc, Attn: Bankruptcy, 444 Hwy 96 East, St. Paul, MN 55127-2557 |
| 5716367 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 22 2026 19:04:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5729168 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 22 2026 19:04:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5716375 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 22 2026 19:08:26 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5717133 | | Email/PDF: resurgentbknotifications@resurgent.com | May 22 2026 19:08:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5716376 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 22 2026 19:08:35 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |

| 5719807 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 22 2026 19:08:27 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5716377 | + | Email/Text: bankruptcy@matcotools.com | May 22 2026 19:04:00 | Matco Tools, Attn: Bankruptcy, 4403 Allen Rd, Stow, OH 44224-1096 |
| 5716378 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 22 2026 19:08:15 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5729959 | + | Email/Text: bankruptcydpt@mcmcg.com | May 22 2026 19:04:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5716379 | + | Email/Text: bankruptcydpt@mcmcg.com | May 22 2026 19:04:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5749449 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | May 22 2026 19:04:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 5716380 | + | Email/PDF: cbp@omf.com | May 22 2026 19:08:26 | OneMain Financial, Attn: Bankruptcy, Po Box 142, Evansville, IN 47701-0142 |
| 5723852 | + | Email/PDF: cbp@omf.com | May 22 2026 19:08:25 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5721001 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 22 2026 19:08:35 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5716382 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 22 2026 19:08:35 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5725007 | + | Email/Text: bankruptcynotices@psecu.com | May 22 2026 19:04:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5738382 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 22 2026 19:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5716381 | + | Email/PDF: ebnotices@pnmac.com | May 22 2026 19:08:17 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5728120 | + | Email/PDF: ebnotices@pnmac.com | May 22 2026 19:08:17 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5719231 | | Email/Text: legalservices12@snaponcredit.com | May 22 2026 19:04:00 | Snap-on Credit LLC, 950 Technology Way, Suite 301, Libertyville, IL 60048 |
| 5716383 | ^ | MEBN | May 22 2026 19:00:07 | Snap-on Credit, Attn: Bankruptcy, 2801 80th Street, Kenosha, WI 53143-5656 |
| 5717850 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | May 22 2026 19:08:16 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 5721946 | + | Email/Text: bankruptcynotification@wellspan.org | May 22 2026 19:04:00 | Wellspan Health, P O Box 15119, York, PA 17405-7119 |
| 5716368 | + | Email/Text: kcm@yatb.com | May 22 2026 19:04:00 | York Adams Tax Bureau, PO BOX 15627, York, PA 17405-0156 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | SNAP ON CREDIT, 950 TECHNOLOGY WAY, SUITE 301, LIBERTYVILLE IL 60048-5339, address filed with court:, Snap-on Credit LLC, 950 Technology Way, Suite 301, Libertyville, IL 60048 |
| 5717134 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5716384 | ##+ | Yk Cr Bureau, 33 S Duke St, York, PA 17401-1401 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2026       Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dawn Marie Cutaia | on behalf of Debtor 1 Edwin Erasmo Leiva dmcutaia@gmail.com cutaialawecf@gmail.com,R46159@notify.bestcase.com,kelley.freshstartlaw@gmail.com;r46159@notify.bestcase.com |
| J Eric Kishbaugh | on behalf of Creditor PENNYMAC LOAN SERVICES LLC jkishbaugh@udren.com, vbarber@udren.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Keri P Ebeck | on behalf of Creditor Harley-Davidson Credit Corp kebeck@metzlewis.com btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Milos Gvozdenovic | on behalf of Creditor OneMain General Services Corporation mgvozdenovic@weltman.com pitecf@weltman.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Edwin Erasmo Leiva

Debtor 1

Jack N Zaharopoulos, Chapter 13 Plan

vs.                          Movant(s)

Edwin Erasmo Leiva

Respondent(s)

Chapter:      13

Case No.:    1:25-bk-01565-HWV

### ORDER

Upon consideration of the Trustee's Certificate of Default, Doc. 61, it is

**ORDERED** that the above-captioned case is dismissed. Notwithstanding the dismissal

of this case, the Court retains jurisdiction over timely requests for payment of compensation.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 21, 2026